lee, elmer edward v. state 









                                        NO. 12-07-00147-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

MICHAEL
EARL MARSHALL,      §          APPEAL FROM THE 178TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          HARRIS
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            This appeal is being dismissed for want of
jurisdiction.  Appellant pleaded guilty
to burglary of a habitation, and sentence was imposed on February 27,
2007.  Appellant filed a notice of appeal
in this court on April 16, 2007.

            The information received in this appeal shows that
Appellant attempts to appeal a final judgment entered by the 178th District Court
of Harris County, Texas. However, only the First and Fourteenth District Courts
of Appeals have jurisdiction over Harris County.  See Tex.
Gov’t Code Ann. § 22.201(b), (o) (Vernon Supp. 2006).  On May 8, 2007, this court notified Appellant
that the appeal would be dismissed unless information was furnished on or
before May 18, 2007 to show the jurisdiction of this court.  The deadline has now passed, and Appellant
has not shown the jurisdiction of this court or otherwise responded to this
court’s notice.  According, the appeal is
dismissed for want of jurisdiction.

Opinion
delivered May 23, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

(DO NOT
PUBLISH)